UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RODNEY MCGILL,**

          **Plaintiff,**

**v.**                                           **Case No:  6:16-cv-2245-Orl-41DCI**

**WELLS FARGO HOME MORTGAGE,
INDY MAC BANK, FIRST NLC
FINANCIAL SERVICES, CIT GROUP,
WILSHIRE FINANCIAL, JEFFREY
HENSCHEL and OWEN FINANCIAL
GROUP,**

          **Defendants.**

_____/

**ORDER**

THIS CAUSE is before the Court on Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 5). On January 13, 2017, Judge Irick issued an Order to Show Cause (Doc. 4), ordering Plaintiff to show cause as to why this case should not be transferred to the United States District Court for the Southern District of Florida, Fort Pierce Division. Plaintiff failed to respond to the Order to Show Cause, and Judge Irick issued the Report and Recommendation, recommending that the case be transferred.

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Clerk is **DIRECTED** to transfer this case to the United States District Court for the Southern District of Florida, Fort Pierce Division, for all further proceedings and to close this file.

**DONE** and **ORDERED** in Orlando, Florida on March 27, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party